IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENERAL NANOTECHNOLOGY, LLC,
a California Limited Liability Company,

    Plaintiff,

v.

KLA-TENCOR CORPORATION, a Delaware Corporation, and TOHO TECHNOLOGY CORPORATION, a Japanese Corporation,

    Defendants.

No. C 05-01403 WHA

**ORDER ADOPTING STIPULATED CLAIM CONSTRUCTION SCHEDULE WITH MODIFICATIONS**

The claim construction schedule stipulated to and requested by the parties is adopted with the following modifications to allow the Court sufficient time to review the briefs before the *Markman* hearing on **FEBRUARY 8, 2006**, at **2:00 P.M.**

| | |
|---|---|
| November 23, 2005: | Exchange of proposed terms and claim elements for construction; |
| December 16, 2005: | Exchange of preliminary proposed claim constructions and extrinsic evidence; |
| December 23, 2005: | Joint Claim Construction and Prehearing Statement due; |
| January 4, 2006: | Identification of the six disputed phrases to be construed; |
| January 4, 2006: | Rule 4-5(a) claim construction brief due; |
| January 18, 2006: | Rule 4-5(b) claim construction brief due; |
| January 25, 2006: | Rule 4-5(c) reply brief due; |

**IT IS SO ORDERED.**

Dated: September 30, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE