IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENERAL NANOTECHNOLOGY, LLC,
a California Limited Liability Company,

    Plaintiff,

  v.

KLA-TENCOR CORPORATION, a Delaware Corporation, and TOHO TECHNOLOGY CORPORATION, a Japanese Corporation,

    Defendants.

No. C 05-01403 WHA

**NOTICE**

During the tutorial, counsel indicated that the parties were close to an agreement about the construction of one of the disputed terms at issue in the upcoming claim-construction hearing. It would be of great benefit to the Court if the parties submitted any such stipulated construction by **2:00 P.M. FRIDAY FEBRUARY 3, 2006**.

**IT IS SO ORDERED.**

Dated: February 2, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE