1 James A. Hennefer (CSB# 059490)
jhennefer@hennefer-wood.com
2 HENNEFER & WOOD
425 California Street, 19th Floor
3 San Francisco, CA 94104-2296
Telephone: (415) 421-6100
4 Facsimile: (415) 421-1815

5 Attorneys for Plaintiff
GENERAL NANOTECHNOLOGY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL NANOTECHNOLOGY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>KLA-TENCOR CORPORATION., a Delaware Corporation; and TOHO TECHNOLOGY CORPORATION, a Japanese Corporation;<br><br>Defendants. | CASE NO. C-05-01403-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING TOHO TECHNOLOGY CORPORATION WITH PREJUDICE**<br><br>Date: N/A<br>Time: N/A<br>Place: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

Plaintiff General Nanotechnology, LLC ("GenNano") and defendant Toho Technology Corporation ('Toho"), by and through their respective counsel, hereby stipulate as follows.

Whereas the Court, in its November 17, 2005 "Order (1) Denying Plaintiff's Motion for Partial Summary Judgment and (2) Denying Defendant's Motion for Summary Judgment" (Document 63) ruled, "for the reasons stated on the record" that "[t]he prior settlement of the parties' litigation in Santa Clara Superior Court released all claims concerning defendant's transfer of assets to Toho Technology Corporation, including claims of patent or copyright infringement,"

*CASE NO. C-05-01403-WHA*
STIPULATION AND [PROPOSED] ORDER DISMISSING TOHO TECHNOLOGY CORPORATION WITH PREJUDICE

and,

Whereas the Court stated on the record that by this ruling it released all of GenNano's claims against Toho, including all of GenNano's patent and copyright claims against Toho;

NOW, THEREFORE, GenNano and Toho request dismissal of this action and all of GenNano's claims in this action, only as to Toho, with prejudice; and each side agrees to bear its own costs and attorneys' fees.

HENNEFER & WOOD

Dated: February 11, 2006       By  /s/ James A. Hennefer, Esq.
                                      James A. Hennefer

                                   Attorneys for Plaintiff
                                   GENERAL NANOTECHNOLOGY


MORRISON FOERSTER

Dated: March 10, 2006          By   /s/ Bryan Wilson
                                      Bryan Wilson

                                   Attorneys for Defendant
                                   TOHO TECHNOLOGY CORPORATION

IT IS SO ORDERED.

Dated: March 21, 2006

APPROVED
Judge William H. Alsup

_____
Honorable William H. Alsup
United States District Court Judge

CASE NO. C-05-01403-WHA
STIPULATION AND [PROPOSED] ORDER DISMISSING TOHO TECHNOLOGY CORPORATION WITH PREJUDICE