IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL NANOTECHNOLOGY, LLC, | No. C 05-01403 WHA |
| Plaintiff, | |
| v. | **ORDER RE SETTLEMENT** |
| KLA-TENCOR CORPORATION; ET AL., | |
| Defendants. | |

According to Docket Entry No. 99, the parties have fully settled this action. This order requests that the parties submit a stipulated dismissal of this action by no later than **JUNE 16, 2006** so that the Court may close the case.

**IT IS SO ORDERED.**

Dated: June 8, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE