UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GENERAL NANOTECHNOLOGY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>KLA-TENCOR CORPORATION, a Delaware Corporation; and TOHO TECHNOLOGY CORPORATION, a Japanese Corporation,<br><br>Defendants. | Case No.: C-05-01403-WHA<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

     IT IS HEREBY STIPULATED AND AGREED by and between General Nanotechnology LLC and KLA-Tencor Corporation, through their undersigned attorneys of record and in accordance with the terms of the parties' settlement, that this action and all claims and counterclaims therein be dismissed with prejudice, with each party to bear its own attorneys' fees and costs of suit.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. C-05-01403-WHA**

Dated: June 29, 2006                    Dated: June 30, 2006

/s/ James A. Hennefer                   /s/ Mark D. Rowland
Attorneys for Plaintiff,                Attorneys for Defendant,
GENERAL NANOTECHNOLOGY, LLC             KLA-TENCOR CORPORATION

James A. Hennefer (CSB #059490)         Mark D. Rowland (CSB #157862)
HENNEFER & WOOD                         Christopher J. Place (CSB #211773)
425 California Street, 19th Floor       Kelly L. Baxter (CSB #223286)
San Francisco, CA 94104                 ROPES & GRAY LLP
Tel: (415) 421-6100                     525 University Avenue, Suite 300
                                        Palo Alto, CA 94301
                                        Tel.: (650) 617-4000

                                        Jesse J. Jenner
                                        ROPES & GRAY LLP
                                        1251 Avenue of the Americas
                                        New York, New York 10020
                                        Tel.: (212) 596-9000

Pursuant to Stipulation, **IT IS SO ORDERED**.

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]

         July 5, 2006
Dated: June ___, 2006                   _____
                                        William H. Alsup
                                        United States District Judge

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**                             2
**Case No. C-05-01403-WHA**